IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK ANTHONY LITTLE,<br>    Plaintiff, | :<br>:<br>: |
| v. | :    CIVIL ACTION NO. 20-CV-5868 |
| JOHN PENUEL, *et al.*,<br>    Defendants. | :<br>:<br>: |

### ORDER

AND NOW, this 19th day of January, 2021, upon consideration of Plaintiff Mark Anthony Little's Motion to Proceed *In Forma Pauperis* (ECF No. 4), and *pro se* Complaint (ECF No. 1), and Motion for Preliminary Injunction (ECF No. 5) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITH PREJUDICE**.

4. The Motion for Preliminary Injunction is **DENIED**.

5. The Clerk of Court is directed to mark this matter **CLOSED**.

BY THE COURT:

_____
R. BARCLAY SURRICK, J.